DTE Form 121N
Revised 11/08
ORC 5721.31(G)

NO. 010-039995-00-P1-0049-17

# TAX CERTIFICATE
(Negotiated Sale)

This Certificate will be canceled four years after the date of sale pursuant to O.R.C.5721.37, unless the date is extended because of bankruptcy pursuant to O.R.C. 5721.37(A)(3)(b), or by the date negotiated with the County Treasurer, In the state of Ohio, I do hereby certify that, at a negotiated sale pursuant to O.R.C. 5721.33, this tax certificate for the parcel listed below was offered and sold, and the certificate was delivered on November 09, 2017 in Franklin County. A copy of the negotiated sale agreement has been filed with the County Recorder as instrument no: 201705090062587

| Parcel Owner: | TUCKER MARY A SCOTT | | | |
|---|---|---|---|---|
| Property Address: | 1150 FAIRWOOD AV | | | |
| Parcel No. 010-039995-00 | | Del. Tax $ | $2,290.93 | Lien Yr(s)  1 |
| Legal Description(attach additional sheets if necessary): | | | FAIRWOOD AVE | |
| LIV WHITTIER GDNS | | | | |
| LOT 62-63-64 | | | | |

The purchaser of this Tax Certificate or any transferee is entitled to file a notice of intent to foreclose on this parcel within four years after the purchase of this Tax Certificate, or by the date negotiated with the County Treasurer. The parcel owner may redeem this parcel at any time before the court files its entry confirming the sale of the certificate parcel. Upon redemption, the certificate holder shall receive a payment equal to the tax certificate purchase price with the interest provided in sections 5721.30(F), 5721.33, 5721.38, or 5721.42, as applicable, over the period of time prescribed in sections 5721.30(J) and 5721.38, plus the County Treasurer's fee.

| Certificate Purchaser: | TLOA of OH, LLC | |
|---|---|---|
| Address: 1245 FARMINGTON AVE, #349 | | |
| WEST HARTFORD, CT 06107-2667 | | |
| Phone No.: (614) 525-3438 | | |
| Certificate Purchase Price : (Includes Treasurer's fee:$300): $2,590.93 | | Negotiated Interest Rate    14.00 % |

Witness this 13 th day of November, 2017

Signature: 
Treasurer or Designee

00101003999500P1004917

EXHIBIT
A