DTE Form 121A
Prescribed 4/98
ORC 5721.31(G)

NO. 010-039995-00-S1-0049-18

# TAX CERTIFICATE

(Auction Sale)

This Certificate will terminate on the expiration date of the certificate period of the most recent tax certificate for the same certificate parcel.

In the State of Ohio, I do hereby certify, that at a public auction pursuant to Ohio Revised Code 5721.32, this Tax Certificate for the parcel listed below was offered and sold on September 18, 2018 in Franklin County.

*Re-Redcord to show correct purchaser*

| Parcel Owner: | TUCKER MARY A SCOTT | | | | |
|---|---|---|---|---|---|
| Property Address: | 1150 FAIRWOOD AV | | | | |
| Parcel No. | 010-039995-00 | Delq. Tax $ | $1,093.07 | Lien Yr(s) | 2 |
| Legal Description(attach additional sheets if necessary): | | | FAIRWOOD AVE | | |
| LIV WHITTIER GDNS | | | | | |
| LOT 62-63-64 | | | | | |

The purchaser of this Tax Certificate or any transferee is entitled to request a foreclosure on this parcel within the certificate period of this Tax Certificate. The parcel owner may redeem this parcel at any time before the court files its entry confirming the sale of the certificate parcel. Upon redemption, the certificate holder shall receive a payment equal to the tax certificate purchase price, which includes the county treasurer's fee, with the interest provided in sections 5721.30(E) and 5721.32 or 5721.38, as applicable, over the period of time prescribed in sections 5721.30(K) and 5721.38.

| Certificate Purchaser: | ~~Avenue Strategic, DBA:~~ TLOA of OH, LLC | |
|---|---|---|
| Address: | 399 PARK AVE, FL 6 | |
| | NEW YORK, NY 10022-5074 | |
| Phone No.: | (614) 525-3431 | |
| Certificate Purchase Price : | $1,243.07 | Interest Rate Bid    18.00 % |

Witness this ___26__ th day of ___September___, __2018__

ignature: _____
Treasurer or Designee



00101003999500S1004918

EXHIBIT B