| | Our Office | Real Estate | Online Tools | Reference | Contact Us |

Summary
Land Profile
Residential
Commercial
Improvements
Permits
Mapping
Sketch
Photo
StreetSmart
Aerial Photos
Transfers
BOR Status
CAUV Status
Tax & Payments
Tax Distribution
Value History
Rental Contact
Quick Links

**ParcelID: 010-039995-00**
**TUCKER MARY A SCOTT**

**Map-Rt: 010-N012 -159-00**
**1150 FAIRWOOD AV**

1 of 1
Return to Search Results

### Owner

| | |
|---|---|
| Owner | TUCKER MARY A SCOTT SCOTT ANGELIA C, SCOTT STEPHEN U, SCOTT MELISSA K, SCOTT CAROLYN V |
| Owner Address | 802 KELLNER AVE COLUMBUS OH 43209 |
| Legal Description | FAIRWOOD AVE LIV WHITTIER GDNS LOT 62-63-64 |
| Calculated Acres | .18 |
| Legal Acres | 0 |
| Tax Bill Mailing | MARY A SCOTT TUCKER @(5) 1465 OAK ST COLUMBUS OH 43205-2080 |

View Google Map
Print Parcel Summary

**Actions**
- Neighborhood Sales
- Proximity Search
- Printable Version
- Custom Report Builder

**Reports**
Proximity Report
Map Report
Parcel Summary
Parcel Detail

Go

**Social Media Links**

### Most Recent Transfer

| | |
|---|---|
| Transfer Date | SEP-07-2016 |
| Transfer Price | $0 |
| Instrument Type | CT |

### 2018 Tax Status

| | |
|---|---|
| Property Class | R - Residential |
| Land Use | 510 - ONE-FAMILY DWLG ON PLATTED LOT |
| Tax District | 010 - CITY OF COLUMBUS |
| School District | 2503 - COLUMBUS CSD |
| City/Village | COLUMBUS CITY |
| Township | |
| Appraisal Neighborhood | 01500 |
| Tax Lien | Yes |
| CAUV Property | No |
| Owner Occ. Credit | 2018: Yes 2019: Yes |
| Homestead Credit | 2018: No 2019: No |
| Rental Registration | No |
| Board of Revision | No |
| Zip Code | 43206 |

### 2018 Current Market Value

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 9,000 | 35,600 | 44,600 |
| TIF | | | |
| Exempt | | | |
| Total | 9,000 | 35,600 | 44,600 |
| CAUV | 0 | | |

### 2018 Taxable Value

| | Land | Improvements | Total |
|---|---|---|---|
| Base | 3,150 | 12,460 | 15,610 |

**EXHIBIT C**