IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: Angelia C Scott

CASE NO: 19-50681

CHAPTER 13

JUDGE: John E. Hoffman Jr.

## NOTICE OF INTENTION TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, Faye D. English, to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty-one (21) days of the date of this NOTICE, disbursements on said claims shall be paid as set forth below.

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00002 | CHASE BANK USA NA<br>PO BOX 15368<br>WILMINGTON, DE  19850 | 1,524.22 | 0.00% | 0.00 % | UNSECURED |
| 00003 | Diversified Consultants, Inc.<br>Attn: Bankruptcy<br>Po Box 551268<br>Jacksonville, FL  32255 | Not filed | 0.00% | 0.00 % | UNSECURED |
| 00009 | FRANKLIN COUNTY OHIO TREASURER<br>373 S HIGH STREET FLOOR 17<br>COLUMBUS, OH  43215 | 519.74 | 100.00% | 6.00 % | REAL ESTATE TAXES |
| 00004 | I C System Inc<br>Attn: Bankruptcy<br>Po Box 64378<br>St Paul, MN  55164 | Not filed | 0.00% | 0.00 % | UNSECURED |
| 00005 | MIDLAND FUNDING LLC<br>AS AGENT FOR MIDLAND CREDIT MANAGEMENT INC<br>PO BOX 2011<br>WARREN, MI  48090 | 834.89 | 0.00% | 0.00 % | UNSECURED |
| 00008 | TLOA OF OH LLC<br>11 TALCOTT NOTCH ROAD<br>FARMINGTON, CT  06032 | 93.23 | 100.00% | 0.00 % | SECURED |

CASE NO. 19-50681    Angelia C Scott

| TRUSTEE PAYEE # | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 00010 | TLOA OF OH LLC<br>11 TALCOTT NOTCH ROAD<br>FARMINGTON, CT  06032 | 453.41 | 100.00% | 0.00 % | SECURED |
| 00011 | TLOA OF OH LLC<br>11 TALCOTT NOTCH ROAD<br>FARMINGTON, CT  06032 | Not filed | 100.00% | 0.00 % | SECURED |
| 00007 | TLOA OF OH LLC<br>11 TALCOTT NOTCH ROAD<br>FARMINGTON, CT  06032 | 2,465.50 | 0.00% | 0.00 % | UNSECURED |
| 00001 | TLOA OF OH LLC<br>11 TALCOTT NOTCH ROAD<br>FARMINGTON, CT  06032 | 1,243.07 | 100.00% | 18.00 % | REAL ESTATE TAXES |
| 00006 | TLOA OF OH LLC<br>11 TALCOTT NOTCH ROAD<br>FARMINGTON, CT  06032 | 2,590.93 | 100.00% | 14.00 % | REAL ESTATE TAXES |
|  | TOTAL | 9,724.99 |  |  |  |
| 00000 | BROOKE ELNORA ELLIOTT ESQ<br>AMOURGIS & ASSOCIATES<br>4249 EASTON WAY STE 225<br>COLUMBUS, OH  43219 | 0.00 | 100.00% | 0.00 % | PRIOR ATTORNEY |
| 00000 | BRYAN C BARCH ESQ<br>AMOURGIS AND ASSOCIATES<br>4249 EASTON WAY SUITE 225<br>COLUMBUS, OH  43219 | 2,500.00 | 100.00% | 0.00 % | ATTORNEY FEE |

Dated:  5/19/2020

/s/Faye D. English

Faye D. English
Chapter 13 Trustee
One Columbus
10 West Broad St., Suite 1600
Columbus, OH  43215-3419
Telephone: 614-420-2555
Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice Of Intention To Pay Claims was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on 5/19/2020 addressed to:

>Angelia C Scott
>1150 Fairwood Ave
>Columbus, Oh 43206

>/s/ Faye D. English
>Faye D. English (0075557), Chapter 13 Trustee