Form a0ncloth
(Rev. 10/13)

# United States Bankruptcy Court
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

| | |
|---|---|
| In Re: Angelia C Scott | Case No.: 2:19−bk−50681 |
| Debtor(s) | Chapter: 13 |
| SSN/TAX ID: xxx−xx−9350 | Judge: John E. Hoffman Jr. |

## Notice to Debtor of Status of Case

The above captioned case is deficient as follows:

☐ Pending Motion(s) / Application(s):

☑ Other: Debtor's certification regarding issuance of discharge order.

Please correct any deficiency within twenty−one (21) days from the date of this notice; otherwise this case may proceed to closing and/or may not be discharged.

Dated: June 28, 2023

FOR THE COURT:
Richard B. Jones
Clerk, U.S. Bankruptcy Court